JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 10-1087-AG(MLGx) | Date | August 23, 2010 |
|---|---|---|---|
| Title | MICHAEL Q. MILHOAN v GARY B MILHOAN, ET AL | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

Not Present  Not Present

**Proceedings:**   **[IN CHAMBERS] ORDER DISMISSING CASE**

On July 27, 2010, this Court issued an order regarding pretrial matters ("July 27, 2010 Order"). The Court ordered Plaintiff, within 14 days, to file a declaration under penalty of perjury stating that there had been compliance with Rule 11(b) of the Federal Rules of Civil Procedure and specifically stating that the allegations supporting federal jurisdiction complied with Rule 11(b).

The July 27, 2010 Order stated:

> If the declaration required by paragraph 1 is not timely filed, the Court will assume Plaintiff does not wish to pursue this case at this time in federal court, and to avoid a dismissal with prejudice, this case will be immediately dismissed WITHOUT PREJUDICE.

(July 27, 2010 Order at 1-2.)

Plaintiff has not filed the declaration required by the July 27, 2010 Order. Accordingly, this case is DISMISSED without prejudice.

JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 10-1087-AG(MLGx) | Date | August 23, 2010 |
|---|---|---|---|
| Title | MICHAEL Q. MILHOAN v GARY B MILHOAN, ET AL | | |

  : 0

Initials of
Preparer   lmb